**Sonya Marie HUNT, Appellant,**

v.

**Dr. Kenneth R. SMITH,
et al., Respondent.**

No. ED 75633.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 1999.

Application for Transfer to Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied
Feb. 22, 2000.

---

1. The State's motion to strike defendant's sixth point in his reply brief is denied.

Sonya Marie Hunt, Rochester, N.Y., pro se.

G. Keith Phoenix, Thomas J. Smith, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Plaintiff, Sonya Marie Hunt, appeals from the judgment dismissing her civil action for failing to timely amend her petition. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).